

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

THOMAS G. BRUTON,
Clerk

Office of the Clerk

June 25, 2013

Re: JT Skeeter Beater, LLC v. Skeeter Beaters Corporation
Case: 13cv4626

Dear Counselor Patrick J. Arnold , Jr:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | This is a claim under 15 USCS 1125(a) and therefore does not include a trademark registration. |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

Thomas G. Bruton, Clerk

By: Alyssia Owens
Deputy Clerk